**ROBERT S. SOLA,** Oregon State Bar ID Number 84454
rssola@msn.com
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 295-6880
Facsimile (503) 291-9172
Attorney for Plaintiff Neubauer

FILED'06 JUL 27 12:17USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL K. NEUBAUER, | Case No. CV05-0683-MO |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |
| EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation, TRANS UNION LLC, a foreign corporation, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, VERIZON WIRELESS SERVICES, LLC, a foreign corporation, and COLLECTION PROFESSIONALS, INC., a foreign corporation, | |
| Defendants. | |

THIS MATTER, having come before the Court on STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. and pursuant to FRCP 41(a)(2);

///

///

///

Page 1 – ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

NOW, THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Defendant Experian Information Solutions, Inc. are dismissed with prejudice and without costs or fees to either party.

DATED this 26th day of July 2006.

_____
Honorable Michael Mosman

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. on the following persons:

Bradley J. Miller
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530            Of Attorneys for Equifax Information Services LLC

Donald E. Bradley
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626            Of Attorneys for Trans Union LLC

Scott K. Behrendt
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071            Of Attorneys for Experian Information Solutions, Inc.

by the following indicated method:

[X] by **mailing** full, true and correct copies thereof in sealed, first-class postage prepaid envelopes, addressed to them at the address set forth above and deposited with the United States Postal Service on the date set forth below.

___ by **electronically mailing** full, true and correct copies to the attorney(s) set forth above on the date set forth below.

___ by causing full, true and correct copies thereof to be **hand-delivered** to them at the address set forth above on the date set forth below.

___ by **facsimile** transmission of full, true and correct copies on the date set forth below.

Dated this 27th day of July, 2006.

_____
Robert S. Sola, OSB # 84454
rssola@msn.com
(503) 295-6880
(503) 291-9172 (Facsimile)
Attorney for Plaintiff

Page 1 – CERTIFICATE OF SERVICE