IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

**MICHAEL K. NEUBAUER,**

    Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES LLC,** a foreign corporation, **TRANS UNION LLC,** a foreign corporation, **EXPERIAN INFORMATION SOLUTIONS, INC.,** a foreign corporation, **VERIZON WIRELESS SERVICES, LLC,** a foreign corporation, and **COLLECTION PROFESSIONALS, INC.,** a foreign corporation,

    Defendants.

Civil Action

Case No. CV 04-683 MO

**ORDER**

FILED '06 NOV 16 17:15 USDC-ORP

---

CONSIDERING the foregoing Agreed Motion to Dismiss with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff, MICHAEL K. NEUBAUER, against Defendant EQUIFAX INFORMATION SERVICES LLC, be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear his/its own costs.

This 15th day of November, 2006.

_____
JUDGE, United States District Court

Dated: July 20, 2006.

3

US1900 9162154.1